Shirley E. COLLINS, Appellant,

v.

Harold A. COLLINS, Appellee.

No. 2481.

Municipal Court of Appeals for the
District of Columbia.

Submitted Nov. 23, 1959.

Decided Dec. 22, 1959.

William C. Darden, Washington, D. C.,
for appellant.

No appearance for appellee.

Before HOOD and QUINN, Associate
Judges, and CAYTON (Chief Judge, Re-
tired) sitting by designation under Code §
11–776(b).

PER CURIAM.

Appellant wife sued for an absolute di-
vorce on the ground of desertion for two
years. Her evidence tended to establish
that, on an occasion more than two years
preceding filing of suit, her husband had
orally abused her, had physically assaulted
her, and had falsely accused her of in-
fidelity, and that as a result she had left the
marital abode and had since lived separate
and apart from her husband.

The trial court refused to grant an ab-
solute divorce for desertion; but finding
"that defendant has been guilty of acts of
cruelty toward plaintiff to warrant a lim-
ited divorce on the ground of cruelty," the
court granted a limited divorce.

On this appeal the wife claims that the
trial court's finding established her right to
an absolute divorce. We agree. Since the
trial court found cruelty justifying a limited
divorce, it necessarily follows that appellant
was justified in leaving her husband and
there was constructive desertion on his part.
Tibbs v. Tibbs, D.C.Mun.App., 155 A.2d 73.

Reversed with instructions to grant an
absolute divorce.